Randall G. Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
Telephone: (415) 765-7500
Facsimile: (415) 765-7501
Email: randallknoxlaw@gmail.com

Attorney for Defendant Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOS. CR 21-268-SI |
| Plaintiff, | CR 21-453-SI |
| | CR 22-345-SI |
| v. | |
| | STIPULATION AND [PROPOSED] ORDER RE: |
| RODRIGO SANTOS, | PAYMENT OF CRIMINAL MONETARY |
| | PENALTIES, AND CIVIL TAX LIABILITY INTO |
| Defendant. | COURT REGISTRY |

In the Plea Agreement executed on January 9 and 10, 2023, the Defendant Rodrigo Santos agreed to pay restitution to be ordered by the Court, but in an amount of no less than $1,495,296.24. *See* Plea Agreement, ¶9 (Dkts. 67 (21-CR-268), 56 (21-CR-453), 15 (22-CR-345)).  Defendant also agreed to pay civil tax liabilities to the Internal Revenue Service to be ordered by the Court, but in an amount of no less than $564,424.00, plus interest and penalties.  Sentencing is now scheduled for June 30, 2023. *See* Dkt. Nos. 68 (21-CR-268), 57 (21-CR-453) and 17 (22-CR-345).

Counsel for the Defendant has informed the Court that Defendant wishes to deposit the amount of $100,000.00 into the Court's Registry in advance of the sentencing hearing.  The Government has agreed with this request.

The parties jointly request that the Court issue an Order directing the Clerk to accept Defendant's funds, and to hold such funds in the Court's Registry, including interest earned, pending further Order of this Court, to be applied to Defendant's anticipated monetary penalties and civil tax liabilities.

STIPULATION RE: COURT REGISTRY FUNDS
NOS. CR 21-268-SI
    CR 21-453-SI
    CR 22-345-SI

**IT IS SO STIPULATED.**

Dated: February 8, 2023                              Respectfully submitted,

_____
Randall Knox
Attorney for Rodrigo Santos

STEPHANIE M. HINDS
United States Attorney

 /s/ Casey Boome
CASEY BOOME
Assistant United States Attorney
Counsel for the United States

## [PROPOSED] ORDER

The Court having considered the Stipulation Re: Payment of Criminal Monetary Penalties, and Civil Tax Liability into the Court Registry, the Stipulation having been executed by both parties, and good cause appearing, the Court hereby ORDERS:

1. The Stipulation is approved;

2. The Clerk of the United States District Court for the Northern District of California shall accept from Defendant funds payable to "Clerk, United States District Court," and hold such funds in the Court's Registry, including interest earned, pending further Order of the Court.

**IT IS SO ORDERED**.

DATED:  February 16, 2023

_____
HON. SUSAN ILLSTON
United States Senior District Judge

STIPULATION RE: COURT REGISTRY FUNDS
NOS. CR 21-268-SI
     CR 21-453-SI
     CR 22-345-SI