ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> FAX: (415) 436-7234
> Email: casey.boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 21-453-SI |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SUPPLEMENTAL MEMORANDUM RE: RESTITUTION** |
| BERNARD CURRAN and RODRIGO SANTOS, | Hon. Susan Illston |
| Defendants. | |

At the conclusion of the restitution hearing held on November 2, 2023, the Court directed the government to submit a supplemental filing containing an accounting of DBI's past audit costs for properties that Mr. Santos and/or Mr. Curran worked on during the time period of the offense conduct ("the offense conduct properties"). Santos' admitted offense conduct, according to his plea agreement and the Indictment, began no later than May 2017 and continued until at least April 2020. (Dkt. Nos. 14 and 56). Curran's admitted offense conduct, according to his plea agreement and the Superseding Information, began in March 2017 and continued until at least April 2020. (Dkt. Nos. 47 and 51). Based on these date limitations, the government received from DBI, through the City Attorney's Office, a revised summary of past audit costs attributed to the offense conduct properties. DBI's submission is attached as Appendix A to this memorandum.

According to DBI, the past audit costs for the offense conduct properties attributed to Santos are $113,818.71. The past audit costs for the offense conduct properties attributed to Curran are $140,552.49. Appendix A provides further details supporting DBI's calculations.

DATED: November 6, 2023                              Respectfully Submitted,

                                                     ISMAIL J. RAMSEY
                                                     United States Attorney

                                                     _*/s/*_____
                                                     CASEY BOOME
                                                     Assistant United States Attorney

GOV. SUPP. RESTITUTION MEMO
CR 21-453-SI

1

## Appendix A – Revised Restitution Calculation

With the Court's guidance, DBI submits this revised calculation following the restitution hearing on November 2, 2023. This revised calculation includes only those Audit properties that fall within a limited date range, as determined by the Defendants' respective plea agreements.

For Defendant Rodrigo Santos, the properties are limited to those attributable to Santos with a permit application filing date between May 1, 2017 and April 30, 2020.

For Defendant Bernard Curran, the properties are limited to those with a same-day inspection by Curran between March 1, 2017 and April 30, 2020.

We have calculated the past costs by multiplying the number of properties reviewed as of July 24, 2023 by the average per property cost of $356.13. Between July 24 and November 2, 2023, the Audit team reviewed an additional 28 properties for Santos and an additional 188 properties for Curran, all in Tier 3. We have calculated the past costs incurred between July 24 and November 2, 2023 by multiplying the additional number of properties reviewed by the estimated per property cost of $312.87. (Please see prior submissions for explanation of these per property costs.)[1] Thus, the total past costs attributable to Santos are $113,818.71, and to Curran are $140,552.49.

**Rodrigo Santos:  05/01/17 - 04/30/20**

|  | Total Offense Conduct Properties | Properties Reviewed as of 7/24/23 | Properties Reviewed 7/24/23-11/2/23 | Past Costs as of 7/24/23 ($356.13/prop) | Past Costs 7/24/23 – 11/2/23 ($312.87/prop) | Total |
|---|---|---|---|---|---|---|
| Tier 1 | 52 | 52 | 0 | $18,518.76 | - | $18,518.76 |
| Tier 2 | 24 | 24 | 0 | $8,547.12 | - | $8,547.12 |
| Tier 3 | 563 | 219 | 28 | $77,992.47 | $8,760.36 | $86,752.83 |
| Total | 639 | 295 | 28 | **$105,058.35** | $8,760.36 | **$113,818.71** |

**Bernard Curran:  03/01/17 - 04/30/20**

|  | Total Offense Conduct Properties | Properties Reviewed as of 7/24/23 | Properties Reviewed 7/24/23-11/2/23 | Past Costs as of 7/24/23 ($356.13/prop) | Past Costs 7/24/23-11/2/23 ($312.87/prop) | Total |
|---|---|---|---|---|---|---|
| Tier 1 | 81 | 81 | 0 | $28,846.53 | - | $28,846.53 |
| Tier 2 | 32 | 32 | 0 | $11,396.16 | - | $11,396.16 |
| Tier 3 | 1669 | 178 | 118 | $63,391.14 | $36,918.66 | $100,309.80 |
| Total | 1782 | 291 | 118 | **$103,633.83** | $36,918.66 | **$140,552.49** |

---

[1] The Court did not seem inclined to award future costs. However, anticipated future costs are ascertainable by multiplying the number of properties pending review by the future per property cost of $312.87.