| | |
|---|---|
| 1 | MATTHEW M. YELOVICH (NYBN 4897013)<br>Attorney for the United States |
| 2 | |
| 3 | MATTHEW M. YELOVICH (NYBN 4897013)<br>Acting Chief, Criminal Division |
| 4 | DAVID J. WARD (CABN 239504)<br>CASEY BOOME (NYBN 5101845) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7230 |
| 8 | david.ward@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-21-00453 SI |
| | ) | [FILED AUGUST 20, 2021] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| BERNARD CURRAN, | ) | ACTION |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-23-0404 WHA |
| | ) | [FILED NOVEMBER 2, 2023] |
| Plaintiff, | ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| v. | ) | ACTION |
| | ) | |
| CYRIL YU, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-23-00403 SI |
| 2 | Plaintiff, ) | [FILED NOVEMBER 2, 2023] |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | RODOLFO "RUDY" PADA, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | NO. CR-23-00420 JSC |
| 8 | Plaintiff, ) | [FILED NOVEMBER 9, 2023] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | REZA KHOSHNEVISAN, ) | |
| 11 | Defendant. ) | |

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | NO. CR-23-00418 VC |
| 14 | Plaintiff, ) | [FILED NOVEMBER 9, 2023] |
| 15 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | BAHMAN GHASSEMZADEH, ) | |
| 17 | Defendant. ) | |

| | | |
|---|---|---|
| 19 | UNITED STATES OF AMERICA, ) | NO. CR-23-00421 EMC |
| 20 | Plaintiff, ) | [FILED NOVEMBER 9, 2023] |
| 21 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 22 | SIAVASH "SIA" TAHBAZOF, ) | |
| 23 | Defendant. ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the three above-captioned criminal cases are related. Defendant Curran pled guilty in a public corruption case involving bribes paid to employees of the San Francisco Department of Building Inspection (hereinafter "DBI"), where Curran worked. Defendants Sia Tahbazof, Reza Khoshnevisan,

NOTICE OF RELATED CASES

and Bahman Ghassemzadeh are all charged with participating in a conspiracy to pay bribes to DBI employees, including Curran.  Additionally, defendants Cyril Yu and Rodolfo Pada are also former DBI employees, and are charged with participating in a conspiracy to accept bribes from Tahbazof, Khoshnevisan, and Ghassemzadeh.

Based on these facts, all of these cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendants and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: November 27, 2023

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for the United States

/s/ *David J. Ward*
DAVID J. WARD
Assistant United States Attorney

NOTICE OF RELATED CASES