UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>   v.<br><br>RODRIGO SANTOS,<br><br>         Defendant. | Case No. 21-cr-00453-SI-2<br><br>**ORDER DENYING DEFENDAT SANTOS'S MOTION FOR EMERGENCY STAY OF SELF-SURRENDER**<br><br>Re: Dkt. No. 101 |

Before the Court is defendant Santos's emergency motion for stay of self-surrender.  Dkt. No. 101.  The government opposes. Dkt. No. 104.  Having reviewed the relevant briefing, the Court hereby DENIES the emergency motion.  Mr. Santos shall self-surrender as previously ordered no later than 2:00pm on Friday, December 1, 2023.

**IT IS SO ORDERED**.

Dated: November 29, 2023

_____

SUSAN ILLSTON
United States District Judge